934 A.2d 1154

Floyd E. BARRICK, Appellant,

v.

Franklin TENNIS, Superintendent at S.C.I. Rockview, and the Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, the Order of the Commonwealth Court is hereby AFFIRMED.

934 A.2d 1155

William H. O'ROURKE

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Martin F. Horn, Commissioner, Pennsylvania Department of Corrections, David H. Larkins, Superintendent, State Correctional Institution-Dallas, Thomas Stachelek, Deputy Superintendent, State Correctional Institution at Dallas, Captain Thomas Martin, John Docknovitch, Mark Rapson, and Samuel Zambeto.

Appeal of Commonwealth of Pennsylvania, Department of Corrections, John Docknovitch and Mark Rapson.

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

934 A.2d 1155

**Victor M. SACKETT and Diana L. Sackett, Appellants,**

**v.**

**NATIONWIDE MUTUAL INSURANCE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Oct. 16, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, upon consideration of Appellee's Application for Reargument, Appellants' Response in Opposition, and the Statement of Amicus Curiae in Support of Reargument filed by the Commonwealth of